RAPSON LAW OFFICES
 DAVID J. RAPSON, SBN 111972
318 San Carlos Avenue
Piedmont, California 94611
Telephone: (510) 286-2080
Email: rapsonlaw@gmail.com

Attorneys for Community Bank
of the Bay

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 23-30668-DM |
| NARIMAN SEYED TEYMOURIAN, | Chapter 7 |
| Debtor | Adversary No. 24-03015 |
| COMMUNITY BANK OF THE BAY, | **PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS** |
| Plaintiff, | |
| vs. | |
| NARIMAN SEYED TEYMOURIAN, | |
| Defendant. | |

GUTTENBERG, RAPSON & COLVIN LLP
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 286-2060

-1-

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Rapson Law Offices<br>David Rapson<br>318 San Carlos Avenue<br>Piedmont, CA 94611<br>TELEPHONE NO: (510)286-2080  FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: rapsonlaw@gmail.com<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>Northern District of California - Bankruptcy - San Francisco<br>450 Golden Gate Ave<br>San Francisco, CA 94102 | |
| PLAINTIFF / PETITIONER: Community Bank of the Bay<br>DEFENDANT / RESPONDENT: Nariman Seyed Teymourian | CASE NUMBER:<br>24-03015 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>10907151 (22728870) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons, Order Re Initial Disclosures and Discovery Conference, Notice, Bankruptcy Dispute Resolution Program Information Sheet

2. Party Served: Nariman Seyed Teymourian

3. Date & Time of Delivery: April 24, 2024 at 10:04 am EDT

4. Address, City and State: 125 Greenley Rd New Canaan, CT, 06840

5. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $170.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Chris Angle/*

Chris Angle

Not a Registered California process server.
Chris Angle

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA 94954
800-938-8815

Date: April 24, 2024

**PROOF OF SERVICE**