RAPSON LAW OFFICES
DAVID J. RAPSON, SBN 111972
318 San Carlos Avenue
Piedmont, California 94611
Telephone: (510) 286-2080
Email: rapsonlaw@gmail.com

Attorneys for Community Bank
of the Bay

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Debtor<br>_______________<br>COMMUNITY BANK OF THE BAY,<br><br>Plaintiff,<br><br>vs.<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Defendant. | Case No. 23-30668-DM<br><br>Chapter 7<br><br>Adversary No. 24-03015<br><br>**STIPULATION FOR ENTRY OF JUDGMENT OF NON-DISCHARGEABILITY OF DEBT [11 USC § 523(a)(2)]**<br><br>Action Filed: April 19, 2024<br>Scheduling Conference: June 28, 2024 |

IT IS HEREBY STIPULATED by and between plaintiff Community Bank of the Bay ("CBB"), by its attorney of record, and the debtor and defendant Nariman Seyed Teymourian ("Teymourian" or the "Debtor") as follows:

1. This is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b)(2)(I). The case to which these proceedings relate is *In re Nariman Seyed Teymourian* pending in this District and Division as Case No. 23-30668-DM (the "Main Case").

2. Teymourian is the debtor in the Main Case, which is currently a Chapter 7 case. CBB is a creditor of Teymourian.



GUTTENBERG, RAPSON & COLVIN LLP
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 286-2060

3. This is an adversary proceeding to determine the dischargeability of debts.

4. On April 24, 2024, Teymourian was personally served with the Summons issued by the Court and CBB's Complaint (the "Complaint") filed in this adversary proceeding, together with related papers.

5. The Debtor received the advice of his attorney in connection with the negotiation and preparation of the terms of this Stipulation.

6. CBB and the Debtor both consent to the entry of a final order and judgment in this case by the Bankruptcy Court.

7. The Complaint alleges, and the Debtor does not dispute, that CBB made two loans to the Debtor. The first loan is identified in the Complaint as "The Barry Lane Loan" and is the subject of the first and second claims for relief alleged in the Complaint. The second loan is identified in the Complaint as "The Ferrando Diversified Loan" and the Additional Advance and is the subject of the third, fourth and fifth claims for relief alleged in the Complaint.

8. Subsequent to the filing of the Complaint, CBB received payment from the proceeds of the sale of the real property commonly known as 66 Barry Lane, Atherton, California. That payment was received by CBB in full satisfaction of the debt owed it by the Debtor under the Barry Lane Loan. As a consequence of that payment, the claims alleged in the Complaint's fist and second claims for relief were rendered moot and CBB will request the dismissal of those claims for relief.

9. Teymourian does not dispute that, as alleged in the Complaint, the sums owed by him to CBB under the Ferrando Diversified Loan and the Additional Advance remain due, owing, and unpaid.

10. After consultation with his attorney, Teymourian has decided that he does not wish to contest: (a) the allegations asserted in the Complaint's third, fourth and fifth claims for relief, (b) his liability for the damages to CBB alleged in the Complaint's third, fourth and fifth claims for relief, and (c) the amounts and bases for the damages

GUTTENBERG, RAPSON & COLVIN LLP
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 286-2060

alleged by CBB in the Complaint's third, fourth and fifth claims for relief. Teymourian makes that decision without duress or undue influence and understands the consequences of that decision. Notwithstanding, by entering into this Stipulation, Teymourian does not admit that he defrauded CBB.

11. After consultation with his attorney, Teymourian has also decided that the Court may immediately enter the Judgment in the form attached hereto as "Exhibit 1." Teymourian also makes that decision without duress or undue influence and understands the consequences of that decision.

Dated: June 25, 2024.

By ______________________
Debtor and Defendant Nariman Seyed Teymourian

Dated: June 25, 2024.

RAPSON LAW OFFICES

By ______________________
David J. Rapson
Attorneys for Plaintiff Community Bank of the Bay

**APPROVED AS TO FORM AND CONTENT:**

BEROKIM LAW

By /s/Kousha Berokim
Kousha Berokim
Attorney for Nariman Seyed Teymourian

Dated: June 25, 2024

GUTTENBERG, RAPSON & COLVIN LLP
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 286-2060



Case: 24-03015 Doc# 8 Filed: 06/25/24 Entered: 06/25/24 18:40:59 Page 3 of 7

GUTTENBERG, RAPSON & COLVIN LLP
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 286-2060

# EXHIBIT "1"


Case: 24-03015 Doc# 8 Filed: 06/25/24 Entered: 06/25/24 18:40:59 Page 4 of 7

RAPSON LAW OFFICES
DAVID J. RAPSON, SBN 111972
318 San Carlos Avenue
Piedmont, California 94611
Telephone: (510) 286-2080
Email: rapsonlaw@gmail.com

Attorneys for Community Bank of the Bay

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Debtor | Case No. 23-30668-DM<br><br>Chapter 7<br><br>Adversary No. 24-03015 |
| COMMUNITY BANK OF THE BAY,<br><br>Plaintiff,<br><br>vs.<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Defendant. | **JUDGMENT OF NON-DISCHARGEABILITY OF DEBT [11 USC § 523(a)(2)]** |

The Court, having reviewed the Stipulation For Entry of Judgment of Non-Dischargeability of Debt entered into by and between plaintiff Community Bank of the Bay ("CBB"), by its attorney of record, and the debtor and defendant Nariman Seyed Teymourian ("Teymourian" or the "Debtor"), and good cause appearing therefor:

JUDGMENT IS HEREBY ENTERED as follows:

12. The Debtor's debt to CBB, as alleged in CBB's third, fourth, and fifth claims for relief in its Complaint filed in this adversary proceeding, is non-dischargeable under 11 USC § 523(a)(2)(A) and (B);



Case: 24-03015 Doc# 8 Filed: 06/25/24 Entered: 06/25/24 18:40:59 Page 5 of 7

GUTTENBERG, RAPSON & COLVIN LLP
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 286-2060

13. CBB is awarded damages against the Debtor in the principal amount of $550,000, together with interest in the amount of $69,250.00, late charges in the amount of $11,853.51, attorneys' fees in the amount of $1,305.60 and costs in the amount of $520.00, for a total judgment of $632,929.11.

IT IS SO ORDERED.

* * END OF JUDGMENT * *

GUTTENBERG, RAPSON & COLVIN LLP
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 286-2060

## COURT'S MAILING LIST

Nariman Seyed Teymourian
125 Greenley Road
New Canaan, Connecticut 06840

GUTTENBERG, RAPSON & COLVIN LLP
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 286-2060